T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tel: (702) 385-3850
Fax: (702) 385-3855

ROSS C. GOODMAN, ESQ.
Nevada Bar No. 7722
GOODMAN LAW GROUP
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tel: (702) 383-5088
Fax: (702) 385-5088

*Attorneys for Plaintiff*
 *Aida Katie Garcia*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AIDA KATIE GARCIA<br><br>          Plaintiff,<br>vs.<br><br>NEVADA PROPERTY 1, LLC, d/b/a, THE COSMOPOLITAN OF LAS VEGAS; JOSE SAMAT; DOES 1-20; and ROE ENTITIES 1-20,<br><br>          Defendants. | CASE NO.: 2:14-cv-01707-JCM-GWF<br><br>**STIPULATION AND ORDER TO CORRECT DEFENDANT JOSE SAMAT'S NAME** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between AIDA KATIE GARCIA, Plaintiff, and NEVADA PROPERTY 1, LLC, d/b/a THE COSMOPOLITAN OF LAS VEGAS, Defendant, by and through their respective attorney of record, T. Louis Palazzo, Esq., of Palazzo Law Firm, Lisa A. McClane, Esq., of Jackson Lewis, P.C., that incorrectly named Defendant JOSE SAMAT, be corrected on the pleadings from and including the date of filing the

/ / /

/ / /

above-entitled action to reflect Defendant's correct name, JUAN LLORDEN SABAT.

This Stipulation is entered into for good cause and for judicial economy.

DATED this 9th day of February, 2015.         DATED this 9th day of February, 2015.

/s/ T. Louis Palazzo
T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
PALAZZO LAW FIRM
ROSS C. GOODMAN, ESQ.
Nevada Bar No. 7722
520 South Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
Attorneys for Plaintiff
AIDA KATIE GARCIA

/s/ Lisa A. McClane
ELAYNA J. YOUCHAH, ESQ.
Nevada Bar No. 5837
LISA A. McCLANE, ESQ.
Nevada Bar No. 10139
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Attorneys for Defendant
THE COSMOPOLITAN OF LAS VEGAS

**IT IS SO ORDERED**:

_____
GEORGE FOLEY, JR
United States Magistrate Judge

DATED: February 11, 2015

## **CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that on the 9th day of February 2015, I served an electronic copy of the above Stipulation and Order to all parties of record, *via* CM/ECF.

/s/ Celina Hardy

An Employee of Palazzo Law Firm, PC