Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AIDA KATIE GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS; JOSE SAMAT; DOES 1-20 and ROE ENTITIES 1-20,<br><br>    Defendants. | Case No. 2:14-cv-01707-JCM-GWF<br><br>**STIPULATED REQUEST FOR TELECONFERENCE WITH JUDGE HOFFMAN REGARDING SETTLEMENT AND DISMISSAL** |

COMES NOW Defendant NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS and Plaintiff AIDA KATIE GARCIA (collectively referred to herein as the "Parties"), by and through their respective attorneys, hereby file this status report regarding settlement and dismissal. The Parties have exchanged settlement documents but have reached an

/ / /

/ / /

/ / /

JACKSON LEWIS P.C.
LAS VEGAS

impasse regarding certain language contained in the proposed document. Accordingly, the parties respectfully request a date and time to speak with Judge Hoffman regarding the same.

DATED this 23rd day of April, 2015.

| PALAZZO LAW FIRM | JACKSON LEWIS PC |
|---|---|
| /s/ T. Louis Palazzo | /s/ Lisa McClane |
| T. Louis Palazzo | Elayna J. Youchah |
| 520 S. Fourth St., Second Floor | Lisa A. McClane |
| Las Vegas, NV 89101 | 3800 Howard Hughes Parkway, Suite 600 |
| *Attorneys for Plaintiff* | Las Vegas, Nevada 89169 |
| | *Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED**. The telephonic hearing is set on **May 1, 2015 at 10:30 a.m.**

DATED: April 27, 2015

_____
U.S. Magistrate Judge