Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AIDA KATIE GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS; JOSE SAMAT; DOES 1-20 and ROE ENTITIES 1-20,<br><br>  Defendants. | Case No. 2:14-cv-01707-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff AIDA KATIE GARCIA and NEVADA PAROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the court-facilitated resolution of this matter.

DATED this 22nd day of June, 2015.

| PALAZZO LAW FIRM | JACKSON LEWIS PC |
|---|---|
| /s/T. Louis Palazzo<br>T. Louis Palazzo<br>520 S. Fourth St., Second Floor<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | /s/Lisa A. McClane<br>Elayna J. Youchah<br>Lisa A. McClane<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant* |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs. This Court shall retain jurisdiction over any disputes arising out of the court-facilitated resolution of this matter.

**IT IS SO ORDERED.**

Dated June 25, 2015.

_____
UNITED STATES DISTRICT JUDGE